UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:    _____

Judge:    _____

Chapter:    13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____                    _____
                                                 Debtor's Signature

Date: _____                    _____
                                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



**MoneyGram**

MoneyGram Payment Systems, Inc.
CUSTOMER COPY/COPIA PARA EL CLIENTE

### OLD BRIDGE CHECK CASHERS   DW

1181 ENGLISHTOWN RD
OLD BRIDGE, NEW JERSEY 088571319
7322518842

### ExpressPayment
### SEND/ENVIO

8030095990014280011934
Date/Fecha: 6/14/2017  Time/Hora: 8:13 AM

Sender Information
Información del remitente
ALEX HOHEB

Recipient Information/
Información del destinatario
SHELLPOINT MORTGAGE SERVICING
Receive code/Código de recepción:
15434
Account ID/Identificador de cuenta:
****0118

Reference Number/N.º de re    (65271112)

| | |
|---|---|
| Amount Transferred/Importe transferido | 6157.50 USD |
| Fee/Cargo | 17.99 USD |
| Discount/Descuento | 0.00 USD |
| Total/Total | 6175.49 USD |

Payments made after 11:59 PM CST will add an additional day to the posting time./Pagos realizados después de 11:59 PM CST serán entregados un día después del depósito.

#### TERMS and CONDITIONS
The MoneyGram ExpressPayment service is provided by MoneyGram Payment Systems, Inc., a licensed money transmitter with its principal office at 1550 Utica Avenue South, Minneapolis 55416 ('MoneyGram') through a network of agents ('Agents'). Call 1-800-926-9400 if you have questions or complaints.

You must verify all information on this receipt before you leave this location. No refunds are available unless your Receiver named above rejects your payment.

---



**MoneyGram**

MoneyGram Payment Systems, Inc.
CUSTOMER COPY/COPIA PARA EL CLIENTE

### OLD BRIDGE CHECK CASHERS   DW

1181 ENGLISHTOWN RD
OLD BRIDGE, NEW JERSEY 088571319
7322518842

### ExpressPayment
### SEND/ENVIO

8030095990014280011934
Date/Fecha: 6/14/2017  Time/Hora: 8:11 AM

Sender Information
Información del remitente
alex hoheb

Recipient Information/
Información del destinatario
SHELLPOINT MORTGAGE SERVICING
Receive code/Código de recepción:
15434
Account ID/Identificador de cuenta:
****0118

Reference Number/N.º de re    (72633621)

| | |
|---|---|
| Amount Transferred/Importe transferido | 6157.50 USD |
| Fee/Cargo | 17.99 USD |
| Discount/Descuento | 0.00 USD |
| Total/Total | 6175.49 USD |

Payments made after 11:59 PM CST will add an additional day to the posting time./Pagos realizados después de 11:59 PM CST serán entregados un día después del depósito.

#### TERMS and CONDITIONS
The MoneyGram ExpressPayment service is provided by MoneyGram Payment Systems, Inc., a licensed money transmitter with its principal office at 1550 Utica Avenue South, Minneapolis 55416 ('MoneyGram') through a network of agents ('Agents'). Call 1-800-926-9400 if you have questions or complaints.

You must verify all information on this receipt before you leave this location. No refunds are available unless your Receiver named above rejects your payment.