UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alex Hoheb

Case No.: 16-18139

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 15, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____822_____ per month for _____44_____ months to allow for payment of the above fee.

*rev.8/1/15*