UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brad J. Spiller, Esquire
Brenner, Brenner & Spiller
175 Richey Avenue
W. Collingswood, New Jersey 08107
(856) 963-5000
Attorney for Debtors
BS1035

| In Re: | Case No.: | 16-18139 |
|---|---|---|
| Alex Hoheb, | Judge: | CMG |
| Debtor. | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____ , at _____ .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ , at _____ .

   ☒ Certification of Default filed by   The Bank of New York Mellon  ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____ , but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I can pay an immediate payment of $5000 and would like to work out a payment arrangement for the remaining arrears.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/27/18

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



**Postal Money Order 1**
- Serial Number: 24165995940
- Date: 2013-03-27
- Post Office: 081081
- Amount: $1000.00
- Pay to: Shell Point mortgage
- From: Alex Hoaeb, 137 Spring Hill Rd, Old Bridge NJ 08857
- Memo: 0578150118
- Clerk: 27

**Postal Money Order 2**
- Serial Number: 24165995951
- Date: 2013-03-27
- Post Office: 081081
- Amount: $1000.00
- Pay to: Shell Point mortgage
- From: Alex Hoaeb, 137 Spring Hill Rd, Old Bridge NJ 08857
- Memo: 0578150118
- Clerk: 27

**Postal Money Order 3**
- Serial Number: 24165995962
- Date: 2013-03-27
- Post Office: 081081
- Amount: $1000.00
- Pay to: Shell Point mortgage
- From: Alex Hoaeb, 137 Spring Hill Rd, Old Bridge NJ
- Memo: 0578150118
- Clerk: 27



