Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−18139−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alex Hoheb
   137 Spring Hill Rd
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−9097

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/18/18 at 09:00 AM

to consider and act upon the following:

*50* − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 137 Spring Hill Road, Old Bridge NJ 08857. Fee Amount $ 181. filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET−BACKED CERTIFICATES, SERIES 2007−11, 45 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET−BACKED CERTIFICATES, SERIES 2007−11. Objection deadline is 03/27/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/28/18

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court