Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18139−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alex Hoheb
   137 Spring Hill Rd
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−9097

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/18/18 at 09:00 AM

to consider and act upon the following:

*50* − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 137 Spring Hill Road, Old Bridge NJ 08857. Fee Amount $ 181. filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET−BACKED CERTIFICATES, SERIES 2007−11, 45 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET−BACKED CERTIFICATES, SERIES 2007−11. Objection deadline is 03/27/2018. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/28/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Alex Hoheb  
    Debtor

Case No. 16-18139-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 28, 2018  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.  
db            +Alex Hoheb,    137 Spring Hill Rd,    Old Bridge, NJ 08857-2890

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:  
           Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo    docs@russotrustee.com  
           Brad J. Spiller    on behalf of Debtor Alex   Hoheb bankruptcy@brennerlawoffice.com,  
           aarcher@brennerlawoffice.com  
           Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders  
           of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,  
           NJ_ECF_Notices@McCalla.com  
           Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent  
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders  
           of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,  
           NJ_ECF_Notices@McCalla.com  
           Linda S. Fossi    on behalf of Creditor    US Bank Cust PC4 Firstrust Bank lfossi@zeitzlawfirm.com,  
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
                                                                                                              TOTAL: 7