Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–18139–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alex Hoheb
  137 Spring Hill Rd
  Old Bridge, NJ 08857

Social Security No.:
  xxx–xx–9097

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 9/4/19 at 09:00 AM

to consider and act upon the following:

*81* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/22/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

*83* – Certification in Opposition to (related document:81 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/22/2019. (Attachments: # 1 Proposed Order) filed by Trustee Albert Russo) filed by Andrew Thomas Archer on behalf of Alex Hoheb. (Archer, Andrew)

Dated: 8/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court