Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18139−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alex Hoheb
   137 Spring Hill Rd
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−9097

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*86* − Creditor's Certification of Default (related document:55 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Rez, LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 09/6/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 9/4/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court