Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−18139−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alex Hoheb
   137 Spring Hill Rd
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−9097

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/18/19 at 09:00 AM

to consider and act upon the following:

*86* − Creditor's Certification of Default (related document:55 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of New Rez, LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 09/6/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 9/4/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-18139-CMG
Alex Hoheb                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 04, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db             +Alex Hoheb,    137 Spring Hill Rd,    Old Bridge, NJ 08857-2890

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Andrew Thomas Archer    on behalf of Debtor Alex  Hoheb aarcher@spillerarcherlaw.com,
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
       AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   New Rez, LLC d/b/a Shellpoint Mortgage Servicing
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
       for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
       of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
       NJ_ECF_Notices@McCalla.com
      Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
       for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
       of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
       NJ_ECF_Notices@McCalla.com
      Linda S. Fossi    on behalf of Creditor   US Bank Cust PC4 Firstrust Bank lfossi@zeitzlawfirm.com,
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
                                                                                                                TOTAL: 8