| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11 |

Chapter: 13

Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Hearing Date:

Judge: Christine M. Gravelle

Case No: 16-18139 CMG

In re:
Alex Hoheb

    Debtor

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 19, 2019**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the motion of  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as, 137 Spring Hill Road, Old Bridge NJ 08857**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Alex Hoheb  
    Debtor

Case No. 16-18139-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.  
db           +Alex Hoheb,    137 Spring Hill Rd,    Old Bridge, NJ 08857-2890

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:

       Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert    Russo    docs@russotrustee.com  
       Andrew Thomas Archer    on behalf of Debtor Alex  Hoheb aarcher@spillerarcherlaw.com,  
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  
       AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11  
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    New Rez, LLC d/b/a Shellpoint Mortgage Servicing  
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent  
       for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders  
       of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,  
       NJ_ECF_Notices@McCalla.com  
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
       for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders  
       of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,  
       NJ_ECF_Notices@McCalla.com  
       Linda S. Fossi    on behalf of Creditor    US Bank Cust PC4 Firstrust Bank lfossi@zeitzlawfirm.com,  
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
                                                                                                        TOTAL: 8