Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18139−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alex Hoheb
  137 Spring Hill Rd
  Old Bridge, NJ 08857

Social Security No.:
  xxx−xx−9097

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/3/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 4, 2019
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-18139-CMG
Alex Hoheb                                                      Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 04, 2019
                              Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             +Alex Hoheb,   137 Spring Hill Rd,   Old Bridge, NJ 08857-2890
cr             +Specialized Loan Servicing LLC as servicing agent,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr             +Specialized Loan Servicing LLC, as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013
516142177      +1st Crd Srvc,   377 Hoes Lane,   Piscataway, NJ 08854-4138
516142178      +Barbara Lita,   c/o Tomes Law Firm,   150 B Tices Lane,   East Brunswick, NJ 08816-2015
516142179      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court:   Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365)
516142181      +Empire Remodeling Inc.,   205 Rte 46 Ste 14,   Totowa, NJ 07512-1815
516142182      +JAG Paving Corp,   220 Kearny Ave,   Kearny, NJ 07032-2440
516142183      +John Marsh,   980 Diantonio Drive,   Rahway, NJ 07065-2000
516142185      +MTAG SRV CUST FOR ATCF II NJ LLC,   PO Box 54292,   New Orleans, LA 70154-4292
516561302       MTGLQ Investors,L.Pc/oShellpointMortgageServicing,   PO Box 10826,   Greenville, SC 29603-0826
516561303       MTGLQ Investors,L.Pc/oShellpointMortgageServicing,   PO Box 10826,   Greenville, SC 29603-0826,
                 MTGLQ Investors,L.Pc/oShellpointMortgage,   PO Box 10826,   Greenville, SC 29603-0826
516142186      +Parker McCay P.A.,   9000 Midlantic Drive, Ste 300,   Mount Laurel, NJ 08054-1539
516142187      +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516142188      +State of New Jersey,   Department of Labor And Workforce,   PO Box 951,
                 Trenton, NJ 08625-0951
516295834      +The Bank of New York Mellon, Trustee (See 410),   C/O Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516142189      +US BANK CUST FOR PRO CAP III, LLC,   50 South 16th St, Ste 1950,   Philadelphia, PA 19102-2516
516142190      +US BANK CUST PC4 FIRSTRUST BANK,   50 South 16th St, Ste 2050,   Philadelphia, PA 19102-2516
516192306      +US Bank Gust PC4 Firstrust Bank,   Gary C. Zeitz, LLC,   1101 Laurel Oak Road, Suite 170,
                 Voorhees NJ 08043-4381
516390593       Wells Fargo Bank, N.A,   P.O. Box 45038 MAC Z3057012,   Jacksonville, FL 322325038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516142180      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516201098      +EDI: MID8.COM Oct 05 2019 04:08:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
516142184      +EDI: MID8.COM Oct 05 2019 04:08:00      Midland Credit Management, Inc.,   2365 Northside Dr,
                 Suite 300,   San Diego, CA 92108-2709
516393211      +EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo Bank. N.A.,   PO Box 5058 MAC P6053-021,
                 Portland, OR 97208-5058
                                                                                             TOTAL: 6

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Specialized Loan Servicing LLC, as servicing agent,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2                   Date Rcvd: Oct 04, 2019
                              Form ID: 148                Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Alex  Hoheb aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Rez, LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust PC4 Firstrust Bank lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
                                                                                              TOTAL: 8
```